IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 148.75.88.44

**ISP:** Optimum Online
**Physical Location:** Stanhope, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/13/2017 17:44:25 | CABA5F1C12C9187992F68C25828D100D8761A276 | Russian Girls Are Perfection |
| 10/25/2017 17:26:26 | F62708C35E0D8845E0B273D69E163258A5117C01 | Rock Me All Night Long |
| 10/25/2017 17:22:35 | 8EF3922426D4733FB2D6F9DFD544C151A1B85222 | Hot Euro Brunettes |
| 10/17/2017 13:53:47 | A4FD3DC2FF98746B969EEE1EB94270267AC1695C | Virtual Girlfriend |
| 10/03/2017 16:08:05 | 3DE909B113B05B060C60898F3B640BF57D9536DE | Porcelain Doll |
| 09/28/2017 12:52:44 | 2AF9406C38FA0C6AEC0B092D567ED42FB4BB913B | LOLA |
| 09/28/2017 03:35:42 | 9A158E376CBB37E2387F613C2D174336C215DD38 | Blonde College Girl Perfection |
| 08/05/2017 01:48:04 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/22/2017 01:23:07 | ADBF1B19395C8BBFC303373B62B48114FC1E9719 | XXX Threeway Games |
| 07/14/2017 02:00:01 | 51D55C5CDB6AAE605834867ADBDA19864C677ECA | Summer Lovers |
| 06/26/2017 02:23:14 | 93840136563C1B6B840D1A705E01A1B149A002AD | Summer Sex with Sybil |
| 06/20/2017 16:58:14 | B2569FF240CE00EC0510D97A340F0EE6BAA0CE99 | Just Like Valentines Day |
| 04/18/2017 00:58:59 | 517E98F569238F9AC582AE01AC66A7FE4106C827 | Green With Envy |
| 02/23/2017 04:42:09 | C7C4F744DAB469F15D3769D75FEAC91EFAFB9BB1 | Want To Fuck My Wife |
| 01/24/2017 03:45:19 | 724F9A18BE9C4E5C9783E6DAE4E210E5E732C885 | Introducing Milla |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

CNJ660