**Copyrights-In-Suit for IP Address 148.75.88.44**

**ISP:** Optimum Online
**Location:** Stanhope, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|-------|---------------------|---------------------------|-------------------|---------------------|
| Russian Girls Are Perfection | PENDING | 11/04/2017 | 11/28/2017 | 11/13/2017 |
| Rock Me All Night Long | PENDING | 10/18/2017 | 11/07/2017 | 10/25/2017 |
| Hot Euro Brunettes | PENDING | 10/20/2017 | 11/07/2017 | 10/25/2017 |
| Virtual Girlfriend | PENDING | 10/13/2017 | 11/07/2017 | 10/17/2017 |
| Porcelain Doll | PENDING | 10/01/2017 | 11/07/2017 | 10/03/2017 |
| LOLA | PENDING | 09/20/2017 | 10/11/2017 | 09/28/2017 |
| Blonde College Girl Perfection | PENDING | 09/23/2017 | 10/11/2017 | 09/28/2017 |
| Sex For Three By The Sea | PENDING | 07/29/2017 | 08/30/2017 | 08/05/2017 |
| XXX Threeway Games | PENDING | 06/30/2017 | 08/30/2017 | 07/22/2017 |
| Summer Lovers | PENDING | 07/07/2017 | 08/30/2017 | 07/14/2017 |
| Summer Sex with Sybil | PA0002050596 | 06/20/2017 | 08/29/2017 | 06/26/2017 |
| Just Like Valentines Day | PA0002050598 | 06/14/2017 | 08/29/2017 | 06/20/2017 |
| Green With Envy | A0002042047 | 01/11/2017 | 03/15/2017 | 04/18/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 02/23/2017 |
| Introducing Milla | PA0002042075 | 12/29/2016 | 03/24/2017 | 01/24/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  15**

EXHIBIT B

CNJ660