**Copyrights-In-Suit for IP Address 148.75.88.44**

**ISP:** Optimum Online
**Location:** Stanhope, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Your Fantasy Awaits | PA0002103845 | 01/19/2018 | 02/01/2018 | 01/30/2018 |
| Your Luckiest Night | PA0002097537 | 12/15/2017 | 01/03/2018 | 12/27/2017 |
| Five Reasons to Love Sex with Blondes | PA0002097524 | 12/09/2017 | 01/03/2018 | 12/21/2017 |
| Little Firecracker | PA0002094802 | 11/22/2017 | 11/28/2017 | 11/28/2017 |
| Russian Girls Are Perfection | PA0002094753 | 11/04/2017 | 11/28/2017 | 11/13/2017 |
| Rock Me All Night Long | PA0002093287 | 10/18/2017 | 11/07/2017 | 10/25/2017 |
| Hot Euro Brunettes | PA0002093323 | 10/20/2017 | 11/07/2017 | 10/25/2017 |
| Virtual Girlfriend | PA0002093285 | 10/13/2017 | 11/07/2017 | 10/17/2017 |
| Porcelain Doll | PA0002093330 | 10/01/2017 | 11/07/2017 | 10/03/2017 |
| LOLA | PA0002086113 | 09/20/2017 | 10/11/2017 | 09/28/2017 |
| Blonde College Girl Perfection | PA0002085867 | 09/23/2017 | 10/11/2017 | 09/28/2017 |
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 08/05/2017 |
| XXX Threeway Games | PA0002078584 | 06/30/2017 | 08/30/2017 | 07/22/2017 |
| Summer Lovers | PA0002078590 | 07/07/2017 | 08/30/2017 | 07/14/2017 |
| Summer Sex with Sybil | PA0002050596 | 06/20/2017 | 08/29/2017 | 06/26/2017 |
| Just Like Valentines Day | PA0002050598 | 06/14/2017 | 08/29/2017 | 06/20/2017 |
| Green With Envy | A0002042047 | 01/11/2017 | 03/15/2017 | 04/18/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 02/23/2017 |
| Introducing Milla | PA0002042075 | 12/29/2016 | 03/24/2017 | 01/24/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  19**

EXHIBIT B

CNJ660