# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>AMIRAM PELED,<br><br>    *Defendant.* | Civil No.: 2:18-cv-00141-KSH-CLW<br><br><br>**ORDER** |

For the reasons stated in the accompanying Opinion, and for good cause shown,

**IT IS** on this 20th day of February, 2020,

**ORDERED** that Plaintiff Malibu Media's motion for default judgment (D.E. 20) is **DENIED**.

                /s/ Katharine S. Hayden
                Katharine S. Hayden, U.S.D.J