Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                          Case No. 2:18-cv-00141-KSH-CLW

AMIRAM PELED,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Amiram Peled, ("Defendant") from this action <u>without prejudice</u>. Defendant was assigned the IP address 148.75.88.44. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 20, 2020

Respectfully submitted,

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2020, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.