Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

    Plaintiff,

v.

                              Case No. 2:18-cv-00141-KSH-CLW

AMIRAM PELED,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Amiram Peled, ("Defendant") from this action without prejudice. Defendant was assigned the IP address 148.75.88.44. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

SO ORDERED
HON. KATHARINE S. HAYDEN, U.S.D.J.
*[signature]*
FEBRUARY 21, 2020

1