neopost
02/24/2020
US POSTAGE $00.50

ZIP 07102
041L11244673

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2020 MAR 11  P 2:09

Imran Reed
104 Harris Avenue
Hopatco

NIXIE   076   CE   1           3603/06/20
  RETURN TO SENDER
  INSUFFICIENT ADDRESS
  UNABLE TO FORWARD
  BC: 07101       *2530-09884-24-36

0784331708 C007

XRAYED

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

## Other Orders/Judgments
2:18-cv-00141-KSH-CLW MALIBU MEDIA, LLC v. PELED

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 2/21/2020 at 2:41 PM EST and filed on 2/21/2020

**Case Name:**    MALIBU MEDIA, LLC v. PELED
**Case Number:**  2:18-cv-00141-KSH-CLW
**Filer:**
**WARNING: CASE CLOSED on 02/21/2020**
**Document Number:** 24

**Docket Text:**
**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE against Amiram Peled. Signed by Judge Katharine S. Hayden on 2/21/2020. (sm)**

**2:18-cv-00141-KSH-CLW Notice has been electronically mailed to:**

PATRICK JOSEPH CERILLO     pjcerillolaw@comcast.net, filings@malibucrlit.com, pjcrealestate@comcast.net

**2:18-cv-00141-KSH-CLW Notice has been sent by regular U.S. Mail:**

AMIRAM PELED
104 HARRIS AVENUE
HOPATCONG, NJ 07843

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

https://nid-ecf.sso.dcn/cgi-bin/Dispatch.pl?436633780869007      2/21/2020

[STAMP dcecfStamp_ID=1046708974 [Date=2/21/2020]
[FileNumber=13451203-
0]
[1e91f0542a2946dd17cf21e24a002ce7bf05bb3b1d0173b766477ea6cfd78870c7
524ac5c98c81266d9d2a74cceb5e7ba70361b1698a5c9136263fa43a1cd4b2]]

Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

    Plaintiff,

v.                            Case No. 2:18-cv-00141-KSH-CLW

AMIRAM PELED,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Amiram Peled, ("Defendant") from this action <u>without prejudice</u>. Defendant was assigned the IP address 148.75.88.44. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

1

SO ORDERED
HON. KATHARINE S. HAYDEN, U.S.D.J.
*[signature]*
FEBRUARY 21, 2020